IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III § <br> AND JOHN HENRY FRANKS, § <br> § <br> PLAINTIFFS, § <br> § <br> V. § <br> § <br> GREG ABBOTT, TEXAS ATTORNEY § <br> GENERAL, THE HONORABLE § <br> JAMES F. CLAWSON, MICHAEL P. § <br> DAVIS, JANA DUTY, WILLIAMSON § <br> COUNTY ATTORNEY, JAMES § <br> RANDALL GRIMES, THE HONORABLE § <br> MICHAEL JERGINS, LAURIE J. NOWLIN,§ <br> THE HONORABLE B.B. SCHRAUB, § <br> JAMES CARLTON TODD, WILLIAMSON § <br> COUNTY, TEXAS, TEXAS STATE § <br> JUDGES MICHAEL JOE 1-N, TEXAS § <br> ATTORNEYS JAMES JOE 1-N, § <br> § <br> DEFENDANTS. § | CAUSE NO. A-06-CA-838-LY |

## SHOW CAUSE ORDER

Before the Court is the above-styled cause. On February 5, 2007, the Court ordered the parties to submit an agreed proposed scheduling order to the Court on or before February 16, 2007. The Court granted Plaintiffs' request for an extension of time to comply with the Court's Order on March 27, 2007, ordering Plaintiffs to file a proposed agreed scheduling order on or before April 16, 2007. The record in this cause reflects that Plaintiffs have not complied with the Order to submit a proposed scheduling order.

**IT IS THEREFORE ORDERED** that Plaintiff shall, within ten (10) days of the date of this

order, show cause **in writing** why this cause should not be dismissed for want of prosecution.

**SIGNED** this 25th day of April, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE