IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 APR 26 AM 8: 39
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| CHARLES EDWARD LINCOLN, III | § | |
| AND JOHN HENRY FRANKS, | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | |
| | § | |
| GREG ABBOTT, TEXAS ATTORNEY | § | CAUSE NO. A-06-CA-838-LY |
| GENERAL, THE HONORABLE | § | |
| JAMES F. CLAWSON, MICHAEL P. | § | |
| DAVIS, JANA DUTY, WILLIAMSON | § | |
| COUNTY ATTORNEY, JAMES | § | |
| RANDALL GRIMES, THE HONORABLE | § | |
| MICHAEL JERGINS, LAURIE J. NOWLIN, | § | |
| THE HONORABLE B.B. SCHRAUB, | § | |
| JAMES CARLTON TODD, WILLIAMSON | § | |
| COUNTY, TEXAS, TEXAS STATE | § | |
| JUDGES MICHAEL JOE 1-N, TEXAS | § | |
| ATTORNEYS JAMES JOE 1-N, | § | |
| | § | |
| DEFENDANTS. | § | |

## **ORDER**

Before the Court are Defendant Grimes's Motion to Dismiss, Motion for More Definite

Statement, and Brief in Support Thereof filed November 14, 2006 (Clerk's Document 9), Defendant

Davis's Motion to Dismiss, Motion for More Definite statement, and Brief in Support Thereof filed

November 15, 2006 (Clerk's Document 10), Defendant Todd's Motion to Dismiss filed November

16, 2006 (Clerk's Document 11), and Defendant Abbott's Motion to Dismiss filed November 16,

2006 (Clerk's Document 12). Following the filing of these documents, the Court granted Plaintiffs

leave to file a Second Amended Complaint and ordered the clerk to file the Second Amended

Complaint. Accordingly, because the pleading on which Defendants' Grimes's, Davis's, Todd's,

and Abbott's motions to dismiss and Defendant Grimes's and Davis's motions for more definite

statement (Clerk's Documents 9, 10, 11, 12) were filed is no longer the live pleading in this case, the Court will dismiss the motions without prejudice to refile. Defendants' remaining motions to dismiss (Clerk's Documents 31, 44, 47, 49, 51, 52) remain pending before this Court.

**IT IS THEREFORE ORDERED** that Defendant Grimes's Motion to Dismiss, Motion for More Definite Statement, and Brief in Support Thereof (Clerk's Document 9) is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendant Davis's Motion to Dismiss, Motion for More Definite statement, and Brief in Support Thereof (Clerk's Document 10) is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendant Todd's Motion to Dismiss (Clerk's Document 11) is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FINALLY ORDERED** that Defendant Abbott's Motion to Dismiss (Clerk's Document 12) is **DISMISSED WITHOUT PREJUDICE.**

SIGNED this _25th_ day of April, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE