IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 MAY 14 PM 4: 27
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III AND JOHN HENRY FRANKS, <br><br>PLAINTIFFS, <br><br>V. <br><br>GREG ABBOTT, TEXAS ATTORNEY GENERAL, THE HONORABLE JAMES F. CLAWSON, MICHAEL P. DAVIS, JANA DUTY, WILLIAMSON COUNTY ATTORNEY, JAMES RANDALL GRIMES, THE HONORABLE MICHAEL JERGINS, LAURIE J. NOWLIN, THE HONORABLE B.B. SCHRAUB, JAMES CARLTON TODD, WILLIAMSON COUNTY, TEXAS, TEXAS STATE JUDGES MICHAEL JOE 1-N, TEXAS ATTORNEYS JAMES JOE 1-N, <br><br>DEFENDANTS. | CAUSE NO. A-06-CA-838-LY |

## FINAL JUDGMENT

Before the Court is the above-numbered cause. On this date, this Court signed an Order dismissing the action with prejudice. Accordingly, the Court enters the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

**FURTHER IT IS ORDERED** that all relief not expressly granted is hereby **DENIED.**

**FINALLY IT IS ORDERED** that this action is hereby **CLOSED.**

SIGNED this _14th_ day of May, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE