# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS
200 W. 8TH STREET
AUSTIN, TEXAS 78701



October 16, 2007

WILLIAM G. PUTNICKI  (512) 916-5896

CLERK OF COURT

Charles Edward Lincoln III
for Tierra Limnpia Trust
Peyton Y. Freiman Trtee
6102 Valleyview Dr
Lago Vista Texas 78645

**FILED**
**OCT 16 2007**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Re: Returned check for notice of appeal fee
A:06-CA-838 Lincoln vs. Abbott, et al

Dear Mr. Lincoln:

The check that you tendered to the Clerk, U.S. District Court on **September 27,** 2007 for the notice of appeal filing fee in the amount of $255.00 * was returned by your bank marked "Not Sufficient Funds". This results in a nonpayment of a debt to the United States Government. Please send a money order or cashier's check in the amount of **$300.00** payable to the Clerk, U.S. District Court. This amount includes a $45.00 returned check fee as payment of your debt (personal or business checks are not acceptable).

This office will transfer this matter to the United States Attorney for further action if we do not hear from you by **November 6, 2007**. Please return this letter with your payment for proper accounting procedures.

Sincerely,

WILLIAM G. PUTNICKI, Clerk

By: Financial Deputy

Enclosure

cc: Lee Yeakel, U.S. District Judge
5th Circuit Court of Appeals, New Orleans, LA
Appeals Clerk

| | | | For Finance Department Use: | | |
|---|---|---|---|---|---|
| Filing Fees | 086900 | 5.00 | Returned Check Fee | 322360 | 25.00 |
| Filing Fees | 086900 | 100.00 | | 510000 | 20.00 |
| Civil Filing Fees | 510000 | 150.00 | | | |
| | | | TOTAL | | **300.00** |

*The notice of appeal fee is $455.00; thus a remaining balance of $200 is also due to satisfy the filing fee.