IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
October 29, 2007

Charles R. Fulbruge III
Clerk

No. 07-51137

A:06-CA-838 LY

CHARLES EDWARD LINCOLN, III
    Plaintiff - Appellant

v.

GREGG ABBOTT, Texas Attorney General; MICHAEL P DAVIS; JANA DUTY, Williamson County Attorney; JAMES RANDALL GRIMES; HONORABLE MICHAEL JERGINS; LAURIE J NOWLIN; JAMES CARLTON TODD; WILLIAMSON COUNTY TEXAS; MICHAEL JOE 1-N, Texas State Judges; JAMES JOE 1-N, Texas Attorneys; B B SCHRAUB; HONORABLE JAMES F CLAWSON

    Defendants - Appellees

---

Appeal from the United States District Court for the
Western District of Texas, Austin

---

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of October 20, 2007, for want of prosecution. The appellant failed to timely pay the docketing fee.

                  CHARLES R. FULBRUGE III
                  Clerk of the United States Court
                  of Appeals for the Fifth Circuit

By: _____
      Madeline Chigoy, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest: OCT 29 2007
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana