# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 29, 2007

**FILED**

NOV - 6 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Mr William Putnicki, Clerk
Western District of Texas, Austin
United States District Court
200 W 8th Street
Room 130
Austin, TX 78701

No. 07-51137 Lincoln v. Abbott
USDC No. 1:06-CV-838

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Madeline Chigoy, Deputy Clerk
504-310-7691

cc: w/encl:
    Mr Charles Edward Lincoln III
    Mr Michael P Davis
    Ms Kathlyn C Wilson

MDT-1