# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS
200 W. 8TH STREET
AUSTIN, TEXAS 78701
(512) 916-5896



November 13, 2007

WILLIAM G. PUTNICKI
CLERK OF COURT

**COPY FOR YOUR INFORMATION**

Charles Edward Lincoln, III
c/o Mr. & Mrs. Patrick & Helir Arlotta
325 Moorings Cove Drive
Tarpon Springs, FL 34689

Re: Returned check for notice of appeal
A:06-CA-838    Lincoln vs. Abbott, et al

Dear Mr. Lincoln:

On September 27, 2007, you tendered to this office check number 1237 in the amount of $255.00 for a notice of appeal in the above referenced case. It was returned by your bank marked "Not Sufficient Funds". According to our records, you have not sent a replacement check nor the NSF fee of $45.00. Since the notice of appeal was dismissed for not timely paying the appeal fee the check is being returned to you. In the future, all payments made to this court will need to paid by cash, cashier's check or a money order.

Sincerely,

David O'Toole
Divisional Office Manager

Enclosure

cc: Lee Yeakel, U.S. District Judge
    Margarita Herrington, Appeals clerk